# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JEVIC HOLDING CORP., *et al.*,[1]<br><br>                     Debtors. | Case No. 08-11006 (BLS)<br><br>CHAPTER 7<br>(Jointly Administered) |
| THE CIT GROUP/BUSINESS CREDIT, INC., as agent for itself and the Lender Group,<br><br>                     Plaintiff,<br><br>     v.<br><br>JEVIC HOLDING CORP.; JEVIC TRANSPORTATION, INC.; CREEK ROAD PROPERTIES, LLC; GEORGE L. MILLER, solely in his capacity as Chapter 7 Trustee of the bankruptcy estates of Jevic Holding Corp., et al.; THE GOODYEAR TIRE & RUBBER CO.; ACTION CALENDAR & SPECIALTY CO., INC.; IRVING OIL CORPORATION; HARTFORD FIRE INSURANCE COMPANY; THE ILLUMINATING COMPANY; PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC; WILLIAMS SCOTSMAN, INC.; SUNGARD AVAILABILITY SERVICES LP; PACHULSKI STANG ZIEHL & JONES LLP; MORRIS ANDERSON & ASSOCIATES; and KLEHR, HARRISION, HARVEY, BRANZBURG & ELLERS LLP,<br><br>                     Defendants. | Adv. Proc. No. 19-50256 (BLS) |

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Jevic Holding Corp. (8738), Creek Road Properties, LLC (9874) and Jevic Transportation, Inc. (3402).

5186093v1

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 11, 2020 AT 9:30 A.M. (ET)

CONTESTED MATTERS

1. PRETRIAL STATUS CONFERENCE in Adversary Proceeding No. 19-50256 (BLS):

    Related Documents:

    A. Complaint (filed June 3, 2019, Adversary Docket No. 1).

    B. The CIT Group/Business Credit, Inc's Motion to Extend Time for Service of Complaint (filed June 3, 2019, Adversary Docket No. 3).

    C. Order Granting Plaintiff's Motion to Extend Time for Service of Complaint (filed June 24, 2019).

    D. Summons and Notice of Pretrial Conference (filed January 23, 2020, Adversary Docket No. 8).

Status:   This matter is going forward.


Dated:  March 9, 2020

**MONTGOMERY McCRACKEN
WALKER & RHOADS LLP**

By: */s/ Gregory T. Donilon*
Gregory T. Donilon (DE Bar No. 4244)
David Dormont (admitted *pro hac vice*)
1105 North Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 504-7800
Facsimile:  (302) 504-7820
gdonilon@mmwr.com
ddormont@mmwr.com

*General Bankruptcy Counsel for
George L. Miller, Chapter 7 Trustee*

-2-