## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| JEVIC HOLDING CORP., *et al.*, | Case No. 08-11006 (BLS) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| THE CIT GROUP/BUSINESS CREDIT, INC., as agent for itself and the Lender Group, | |
| Plaintiff, | |
| v. | |
| JEVIC HOLDING CORP.; JEVIC TRANSPORTATION, INC.; CREEK ROAD PROPERTIES, LLC; GEORGE L. MILLER, solely in his capacity as Chapter 7 Trustee of the bankruptcy estates of Jevic Holding Corp., *et al.*; THE GOODYEAR TIRE & RUBBER CO.; ACTION CALENDAR & SPECIALTY CO., INC.; IRVING OIL CORPORATION; HARTFORD FIRE INSURANCE COMPANY; THE ILLUMINATING COMPANY; PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC; WILLIAMS SCOTSMAN, INC.; PACHULSKI STANG ZIEHL & JONES LLP; MORRIS ANDERSON & ASSOCIATES; and KLEHR, HARRISION, HARVEY, BRANZBURG & ELLERS LLP, | Adv. Pro. No. 19-50256 (BLS)<br><br>**Re: Adv. Docket No. 17** |
| Defendants. | |

## ORDER APPROVING BRIEFING SCHEDULE REGARDING
## DEFENDANT PACHULSKI STANG ZIEHL & JONES LLP'S MOTION TO DISMISS

Upon consideration of the Certification of Counsel Submitting Proposed Order Approving Briefing Schedule Regarding Defendant Pachulski Stang Ziehl & Jones LLP's Motion to Dismiss (the "Certification of Counsel"),[1] the Court has set the following briefing schedule:

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Certification of Counsel.

1.      PSZJ shall file its motion to dismiss on or before **April 24, 2020**;

2.      Plaintiff shall file its opposition to PSZJ's motion to dismiss on **May 15, 2020**;

3.      PSZJ shall file its reply in support of its motion to dismiss on **June 8, 2020**; and

4.      A hearing to consider PSZJ's motion to dismiss will be held on **June 17, 2020, at**

**10:00 a.m.** (Eastern) before the Honorable Brendan L. Shannon.

**Dated: April 23rd, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**