# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In<br><br>JEVIC HOLDING CORP., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 08-11006 (BLS)<br>(Jointly Administered) |
| THE CIT GROUP/BUSINESS CREDIT, INC., as agent for itself and the Lender Group,<br><br>v.<br><br>JEVIC HOLDING CORP.; JEVIC TRANSPORTATION, INC.; CREEK ROAD PROPERTIES, LLC; GEORGE L. MILLER, solely in his capacity as Chapter 7 Trustee of the bankruptcy estates of Jevic Holding Corp., *et al.*; THE GOODYEAR TIRE & RUBBER CO.; ACTION CALENDAR & SPECIALTY CO., INC.; IRVING OIL CORPORATION; HARTFORD FIRE INSURANCE COMPANY; THE ILLUMINATING COMPANY; PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC; WILLIAMS SCOTSMAN, INC.; SUNGARD AVAILABILITY SERVICES LP; PACHULSKI STANG ZIEHL & JONES LLP; MORRIS ANDERSON & ASSOCIATES; and KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP,<br><br>Defendants. | Adv. Pro. No. 19-50256 (BLS)<br><br><br><br><br><br><br><br><br><br>Hearing Date:  June 17, 2020<br>Time:                10:00 a.m.<br>Response Deadline:  May 15, 2020 |

## PACHULSKI STANG ZIEHL & JONES' MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO F.R.C.P. 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this

adversary proceeding by Federal Rule of Bankruptcy Procedure 7012, Pachulski Stang Ziehl &

---

[1] The Debtors in this Chapter 11 case, along with the last four digits of the Debtors' federal tax identification numbers are:  Jevic Holding Corp. (8738); Creek Road Properties, LLC (9874); and Jevic Transportation, Inc. (3402).

Jones LLP ("PSZJ"), hereby respectfully moves this Court for entry of an order, substantially in the form attached hereto, dismissing with prejudice the *Complaint for (I) Declaratory Relief and (II) Restitution of Certain Funds Distributed Under Vacated Approval Order* [Adv. D.I. 1] (the "Complaint"), filed by the plaintiff the CIT Group/Business Credit, Inc. ("CIT"), for failing to state a legally plausible claim for relief (the "Motion to Dismiss"). In support of the Motion to Dismiss, PSZJ has contemporaneously filed, and incorporates herein by reference, the *Memorandum of Points and Authorities in Support of Pachulski Stang Ziehl & Jones' Motion to Dismiss Complaint for Failure to State A Claim Pursuant to F.R.C.P. 12(b)(6)* (the "Memorandum of Law").

## LOCAL RULE 7012-1 STATEMENT

Pursuant to Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, PSZJ hereby consents to the entry of a final order or judgment by this Court in this adversary proceeding if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

WHEREFORE, for all the reasons set forth herein and in the accompanying Memorandum of Law, PSZJ respectfully requests that the Court enter an order, substantially in the form attached hereto, (a) granting the Motion to Dismiss, (b) dismissing the Complaint with prejudice, and (c) granting such other and further relief as the Court deems just and appropriate.

|  |  |
|---|---|
| Dated:  April 24, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
|  | */s/ Bradford J. Sandler* |
|  | Robert J. Feinstein (admitted *pro hac vice*) |
|  | Braford J. Sandler (DE Bar No. 4142) |
|  | John A. Morris (admitted *pro hac vice*) |
|  | Richard E. Mikels (admitted *pro hac vice*) |
|  | 919 North Market Street, 17th Floor |
|  | Wilmington, Delaware 19899-8705 |
|  | Telephone:  (302) 652-4100 |
|  | Facsimile:   (302) 652-4400 |
|  | Email:   rfeinstein@pszjlaw.com |
|  |             bsandler@pszjlw.com |
|  |             jmorris@pszjlaw.com |
|  |             rmikels@pszjlaw.com |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In<br><br>JEVIC HOLDING CORP., *et al.*, [2]<br><br>        Debtors. | Chapter 7<br><br>Case No. 08-11006 (BLS)<br>(Jointly Administered) |
| THE CIT GROUP/BUSINESS CREDIT, INC., as agent for itself and the Lender Group,<br><br>        v.<br><br>JEVIC HOLDING CORP.; JEVIC TRANSPORTATION, INC.; CREEK ROAD PROPERTIES, LLC; GEORGE L. MILLER, solely in his capacity as Chapter 7 Trustee of the bankruptcy estates of Jevic Holding Corp., *et al.*; THE GOODYEAR TIRE & RUBBER CO.; ACTION CALENDAR & SPECIALTY CO., INC.; IRVING OIL CORPORATION; HARTFORD FIRE INSURANCE COMPANY; THE ILLUMINATING COMPANY; PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC; WILLIAMS SCOTSMAN, INC.; SUNGARD AVAILABILITY SERVICES LP; PACHULSKI STANG ZIEHL & JONES LLP; MORRIS ANDERSON & ASSOCIATES; and KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP,<br><br>        Defendants. | Adv. Pro. No. 19-50256 (BLS) |

## ORDER GRANTING MOTION OF PSZJ TO DISMISS COMPLAINT

This matter having come before the Court on *Pachulski Stang Ziehl & Jones'*

*Motion to Dismiss Complaint for Failure to State A Claim Pursuant to F.R.C.P. 12(b)(6)* (the

"Motion to Dismiss"); the Court having reviewed the Motion to Dismiss and the accompanying

---

[2] The Debtors in this Chapter 11 case, along with the last four digits of the Debtors' federal tax identification numbers are: Jevic Holding Corp. (8738); Creek Road Properties, LLC (9874); and Jevic Transportation, Inc. (3402).

Memorandum of Law[3]; and the Court having jurisdiction to consider the Motion to Dismiss and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012; and consideration of the Motion to Dismiss and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Dismiss having been provided under the particular circumstances; and the Court having considered the relief requested therein and any opposition thereto; and the Court finding good and sufficient cause appearing therefore,

        IT IS HEREBY ORDERED that:

1.      The Motion is GRANTED.

2.      The Complaint is DISMISSED WITH PREJUDICE.

3.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Dated: _____, 2020    _____
                                                                                                   The Honorable Brendan L. Shannon
                                                                                                   United States Bankruptcy Judge

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Dismiss.