# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JEVIC HOLDING CORP., *et al.*,<br><br>            Debtors. | Chapter 7<br><br>Case No. 08-11006 (BLS)<br>(Jointly Administered) |
| THE CIT GROUP/BUSINESS CREDIT, INC., as agent for itself and the Lender Group,<br><br>            Plaintiff,<br>v.<br><br>JEVIC HOLDING CORP., *et al.*,<br><br>            Defendants. | Adv. Pro. No. 19-50256 (BLS) |

## NOTICE OF DISMISSAL OF CLAIMS AGAINST
## THE ILLUMINATING COMPANY

TO THE CLERK OF THE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), as made applicable by Federal Rule of Bankruptcy Procedure 7041, plaintiff The CIT Group/Business Credit, Inc., as agent for itself and the Lender Group, by and through its counsel, hereby dismisses all claims against defendant The Illuminating Company in the above-captioned adversary proceeding.

Dated: April 29, 2020  
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: */s/ Katelin A. Morales*  
Kurt F. Gwynne (No. 3951)  
Katelin A. Morales (No. 6683)  
1201 Market Street, Suite 1500  
Wilmington, Delaware 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575  
Email: kgwynne@reedsmith.com  
Email: kmorales@reedsmith.com

*Counsel for Plaintiff The CIT Group/Business Credit, Inc., as agent for itself and the Lender Group*