# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| JEVIC HOLDING CORP., *et al.*,[1] | Case No. 08-11006 (BLS) |
| Debtors. | (Jointly Administered) |
| THE CIT GROUP/BUSINESS CREDIT, INC., as agent for itself and the Lender Group, | |
| Plaintiff, | |
| vs. | Adv. No.: 19-50256 (BLS) |
| JEVIC HOLDING CORP.; JEVIC TRANSPORTATION, INC.; CREEK ROAD PROPERTIES, LLC; GEORGE L. MILLER, solely in his capacity as Chapter 7 Trustee of the bankruptcy estates of Jevic Holding Corp., et al.; THE GOODYEAR TIRE & RUBBER CO.; ACTION CALENDAR & SPECIALTY CO., INC.; IRVING OIL CORPORATION; HARTFORD FIRE INSURANCE COMPANY; THE ILLUMINATING COMPANY; PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC; WILLIAMS SCOTSMAN, INC.; SUNGARD AVAILABILITY SERVICES LP; PACHULSKI STANG ZIEHL & JONES LLP; MORRIS ANDERSON & ASSOCIATES; and KLEHR, HARRISION, HARVEY, BRANZBURG & ELLERS LLP, | |
| Defendants. | |

## CHAPTER 7 TRUSTEE'S MOTION TO DISMISS ADVERSARY COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to this adversary proceeding pursuant to Fed. R. Bankr. P. 7012(b), George L. Miller, the Chapter 7 Trustee for the estates of the above-

---

[1] The Debtors in this Chapter 7 case, along with the last four digits of the Debtors' federal tax identification numbers are: Jevic Holding Corp. (8738); Creek Road Properties, LLC (9874); and Jevic Transportation, Inc. (3402).

13471649

captioned Debtors, moves to dismiss the *Complaint for: (I) Declaratory Relief and (II) Restitution of Certain Funds Distributed Under Vacated Approval Order* (the "Complaint") filed by The CIT Group/Business Credit, Inc. The reasons and authorities supporting dismissal are further set forth in the attached *Opening Brief in Support of the Chapter 7 Trustee's Motion to Dismiss Adversary Complaint* filed contemporaneously herewith.

| | |
|---|---|
| Dated:  May 26, 2020<br>          Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN<br>       & ARONOFF LLP |

 /s/ *Michael J. Barrie*
Michael J. Barrie (No. 4684)
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
Sean A. Meluney (No. 5514)
Matthew D. Beebe (No. 5980)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
mbarrie@beneschlaw.com
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
smeluney@beneschlaw.com
mbeebe@beneschlaw.com

*Special Litigation Counsel for George L. Miller, Chapter 7 Trustee*