# Exhibit A

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: <br> SAN PATRICIO COUNTY COMMUNITY <br> ACTION AGENCY <br>     DEBTOR <br><br> TECHNOLOGY LENDING <br> PARTNERS, LLC AND <br> NUECES FINANCIAL CORPORATION <br>     APPELLANTS <br><br> V. <br><br> SAN PATRICIO COUNTY <br> COMMUNITY ACTION AGENCY, <br> MICHAEL B. SCHMIDT, TRUSTEE, <br> ET AL <br>     APPELLEE | § § § § § § § § § § § § § § § § § | CA NO. 07-00237 <br> 07-00346 |

## ORDER LIFTING STAY IMPOSED ON APPEALS AND
## WITHDRAWING MEMORANDUM OPINION AND ORDER

Before the Court is the Trustee's Motion to Lift Stay Imposed on Appeal and to Withdraw Memorandum Opinion and Order and to Dismiss Appeals Pursuant to Mediated Settlement and the Court have considered same finds that the Motion should in all things be GRANTED.

The Court finds further that on November 30, 2010 the parties reached a mediated settlement agreement, subject to Bankruptcy Court approval (the "Settlement Agreement"). The Court finds further that as part of the consideration for the mediated Settlement Agreement, the Trustee would be filing an unopposed Motion seeking withdrawal of this Court's Memorandum Opinion and Order of September 2, 2010 (entered as Doc. #53 in 07-237 and as Doc. #50 in 07-346) and dismissing the appeals.

5

The Court finds further that on December 8, 2010 the Bankruptcy Court entered it Order Approving Settlement Agreement and Granting Releases ("Order Approving Settlement"), a copy of which is attached to the Trustee's Motion as **Exhibit "A"**.

Therefore, it is ORDERED that the stay imposed upon these appeals is lifted and the Court's MEMORANDUM OPINION AND ORDER OF SEPTEMBER 2, 2010 (ENTERED AS DOC. #53 IN 07-237 AND AS DOC. #50 IN 07-346) IS HEREBY WITHDRAWN and shall have no precedential value or effect. The Court will dismiss these appeals by separate order.

IT IS SO ORDERED.

Signed December 23, 2010.

JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE

6