IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JEVIC HOLDING CORP., *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 08-11006 (BLS) |
| THE CIT GROUP/BUSINESS CREDIT, INC., as agent for itself and the Lender Group,<br><br>    Plaintiff,<br><br>vs.<br><br>JEVIC HOLDING CORP.; JEVIC TRANSPORTATION, INC.; CREEK ROAD PROPERTIES, LLC; GEORGE L. MILLER, solely in his capacity as Chapter 7 Trustee of the bankruptcy estates of Jevic Holding Corp., et al.; THE GOODYEAR TIRE & RUBBER CO.; ACTION CALENDAR & SPECIALTY CO., INC.; IRVING OIL CORPORATION; HARTFORD FIRE INSURANCE COMPANY; THE ILLUMINATING COMPANY; PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC; WILLIAMS SCOTSMAN, INC.; SUNGARD AVAILABILITY SERVICES LP; PACHULSKI STANG ZIEHL & JONES LLP; MORRIS ANDERSON & ASSOCIATES; and KLEHR, HARRISION, HARVEY, BRANZBURG & ELLERS LLP,<br><br>    Defendants. | Adv. Pro. No. 19-50256 (BLS)<br><br>Related Docket No.: 19, 37, 50 |

**AMENDED NOTICE OF HEARING**

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Jevic Holding Corp. (8738), Creek Road Properties, LLC (9874) and Jevic Transportation, Inc (3402).

13949325

**PLEASE TAKE NOTICE** that, on April 24, 2020, the *Pachulski Stang Ziehl & Jones' Motion to Dismiss Complaint for Failure to State a Claim Pursuant to F.R.C.P. 12(b)(6)* [Adv. D.I. 19] (the "PSZJ Motion"), was filed with the Court.

**PLEASE TAKE NOTICE** that, on May 26, 2020, the *Chapter 7 Trustee's Motion to Dismiss Adversary Complaint* [Adv. D.I. 37] (the "Trustee Motion"), was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on September 29, 2020, a notice of hearing was filed [Adv. D.I. 50] with respect to the PSZJ Motion and Trustee Motion stating that a hearing would be held on November 5, 2020.

**PLEASE TAKE FURTHER NOTICE** that, at the direction of the Court, the hearing with respect to the PSZJ Motion and Trustee Motion, has been rescheduled and will be held on **January 20, 2021, at 1:00 p.m. (ET),** before The Honorable Brendan Linehan Shannon, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, except for those matters relating to the Motion, other matters may not be scheduled to be heard at the hearing absent permission from the Court.

**PLEASE TAKE FURTHER NOTICE that this Hearing will be held telephonically and by videoconference. All parties wishing to appear must do so telephonically by contacting CourtCall, LLC at 866-582-6878 to register. Additionally, any parties that will be arguing or testifying must appear by Zoom for video and CourtCall for audio in accordance with the instructions set forth in the Notice Regarding Videoconferencing During the Implementation of COVID-19 Court Procedures and Delaware Bankruptcy Court Video Appearance Procedures.**

<table>
<tr><td>Dated: November 6, 2020</td><td>BENESCH, FRIEDLANDER,<br>   COPLAN & ARONOFF LLP<br><br> /s/ Matthew D. Beebe<br>Michael J. Barrie (No. 4684)<br>Jennifer R. Hoover (No. 5111)<br>Kevin M. Capuzzi (No. 5462)<br>Sean A. Meluney (No. 5514)<br>Matthew D. Beebe (No. 5980)<br>1313 N. Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>mbarrie@beneschlaw.com<br>jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>smeluney@beneschlaw.com<br>mbeebe@beneschlaw.com<br><br>*Special Litigation Counsel for George L. Miller, Chapter 7 Trustee*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I, Matthew D. Beebe, hereby certify that, on November 6, 2020, a true and correct copy of the foregoing *Amended Notice of Hearing*, was served via CM/ECF on all parties registered to receive service in this case and on the parties listed below in the manner indicated:

**VIA EMAIL**

Robert J. Feinstein
Bradford J. Sandler
John A. Morris
Richard E. Mikels
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jmorris@pszjlaw.com
rmikels@pszjlaw.com

Hank Hoffman
Assistant General Counsel Law
Compliance & Government Affairs
The Hartford
One Hartford Plaza
Hartford, CT 06155
Hank.hoffman@thehartford.com

Faith C. Santiago
US Bankruptcy Analysis Specialist
Pitney Bowes Inc.
7 Waterview Dr, 3rd Fl.
Shelton, CT 06484
Faith.Santiago@pb.com

Kurt F. Gwynne
Katelin Ann Morales
REED SMITH LLP
1201 N. Market St., Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
kmorales@reedsmith.com

Domenic E. Pacitti
KLEHR HARRISON HARVEY BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, DE 19804
dpacitti@klehr.com

Bridget Franklin
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, OH 44311
bfranklin@brouse.com

Matthew Ward
Morgan Patterson
WOMBLE BOND DICKINSON (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Matthew.ward@wbd-us.com
Morgan.patterson@wbd-us.com

Daniel F. Dooley
MORRIS ANDERSON & ASSOCIATES, LTD.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
ddooley@morris-anderson.com

Russell R. Johnson III
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, VA 23103
russell@russelljohnsonlawfirm.com

Samantha Bishop
Deputy General Counsel
Samantha.bishop@willscot.com

**VIA FIRST CLASS U.S. MAIL**

Action Calendar & Specialty Co., Inc.  
d/b/a Renaissance Promotions  
Attn: Lora L. Dunnigan, President  
5 Underwood Court  
Delran, NJ 08075

Action Calendar & Specialty Co., Inc.  
c/o John J. McGrath, Agent  
5 Underwood Court  
Delran, NJ 08075

 */s/ Matthew D. Beebe*
Matthew D. Beebe (No. 5980)