IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>JEVIC HOLDING CORP., *et al.*[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-11006 (BLS) |
| THE CIT GROUP/BUSINESS CREDIT, INC., in its capacity as Agent, *et al.*,<br><br>Plaintiff,<br>v.<br>JEVIC HOLDING CORP., *et al.*,<br><br>Defendants. | Adv. Pro. No. 19-50256 (BLS)<br>Re: Docket Nos. 19, 37 |

## ORDER DENYING MOTIONS TO DISMISS ADVERSARY COMPLAINT

**AND NOW**, upon consideration of (1) the Motion to Dismiss Complaint for Failure to State a Claim Pursuant to F.R.C.P. 12(b)(6) filed by Pachulski Stang Ziehl & Jones, LLP (Adv. D.I. 19),[2] and (2) the Chapter 7 Trustee's Motion to Dismiss Adversary Complaint (Adv. D.I. 37) (together, the "Motions to Dismiss"), and all responses and briefing related thereto; and a hearing (the "Hearing") having been held on October 13, 2021, it is hereby

**ORDERED** that the Motions to Dismiss are **DENIED** for the reasons stated on the record by the Court at the Hearing,

Dated: October 19, 2021

Brendan Linehan Shannon
United States Bankruptcy Judge

---

[1] The Debtors in this case are Jevic Holding Corp. ("JHC"), Creek Road Properties, LLC, and Jevic Transportation, Inc. ("Jevic") (collectively, the "Debtors").

[2] This Motion was joined by Klehr Harrison Harvey Branzburg LLP (Adv. D.I. 22), Morris Anderson & Associates, Ltd. (Adv. D.I. 23), and Irving Oil Corp. (Adv. D.I. 28).